IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM BAHIY, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 09-04961 |
| | : | |
| PAUL K. SMEAL, et al., | : | |
| Respondents | : | |

# ORDER

**AND NOW**, this 4th day of May, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Jacob P. Hart, it is hereby ORDERED that:

1. The petitioner's objections are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The petition for writ of habeas corpus is DENIED with prejudice;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.